

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00137-CV

**IN THE INTEREST OF T.A.P.**, Jr.; D.C.P.; D.M.P.; D.L.Q.; and S.I.P., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA02543
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED.

No costs of appeal are assessed against appellant because she is indigent.

SIGNED July 19, 2017.

_____
Rebeca C. Martinez, Justice